# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HUGH JOHNSON ENTERPRISES, INC.**
**d/b/a Club Harem,**

        **Plaintiff,**

**-vs-**                        Case No. 6:06-cv-1402-Orl-31JGG

**CITY OF WINTER PARK, FLORIDA,**

        **Defendant.**

_____

## ORDER

Upon consideration of Defendant's Motion to Dismiss (Doc. 7) and Plaintiff's Opposition thereto (Doc. 9), the Court finds that this potential dispute is not ripe for adjudication and that the Court lacks subject matter jurisdiction. It is, therefore

**ORDERED** that Defendant's Motion is GRANTED. Plaintiff's Complaint is DISMISSED, without prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 30, 2006.

                                                          GREGORY A. PRESNELL
Copies furnished to:                                   UNITED STATES DISTRICT JUDGE

Counsel of Record
Unrepresented Party